# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR276 |
| vs. | ORDER |
| TIMOTHY CARUSO, | |
| Defendant. | |

On March 16, 2020 the court held a hearing on the defendant's Motion for Hearing [88] which requested new counsel. During the hearing, Assistant Federal Public Defender Karen M. Shanahan orally motioned the court to withdraw as counsel for the defendant, Timothy Caruso. After inquiry of the Defendant and his counsel the court granted Karen M. Shanahan's oral motion to withdraw and the defendant's Motion for Hearing [88].

Julie A. Frank, 209 South 19th Street, Suite 323c, Omaha, NE 68102, (402) 346-2215, is appointed to represent Timothy Caruso for the balance of these proceedings pursuant to the Criminal Justice Act. Karen M. Shanahan shall forthwith provide Julie A. Frank with the discovery materials provided the defendant by the government and such other materials obtained by Karen M. Shanahan which are material to Timothy Caruso's defense.

The clerk shall provide a copy of this order to Julie A. Frank and the defendant.

Dated this 16th day of March, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge